

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

August 13, 2024

*Application GRANTED. The parties are cautioned, however, that further extensions of the deadline are unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 20.*

*SO ORDERED*

*August 14, 2024*

<u>*Via ECF*</u>
Hon. Jesse Matthew Furman
U.S. District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Julianne Cona v. Bloomberg, L.P.*
      Docket No: 24-CV-2170 (JMF)

Dear Judge Furman:

    We represent Plaintiff Julianne Cona ("Plaintiff") in this matter. We write pursuant to Section 2(D) of Your Honor's Individual Rules and Practices, to respectfully request an additional thirty (30) days for the parties to file a Stipulation of Dismissal.

1) The original date to dismiss or restore is August 16, 2024 [Dkt. No. 19] and the proposed new date is September 16, 2024;

2) This is the parties' first request for an extension of time to file the dismissal;

3) Defendant Bloomberg, L.P. consents to the request for a 30-day extension.

    The reason for the request is that, despite best efforts, the parties will not be able to consummate the transaction by August 16 and therefore seek additional time. No other dates will be impacted by this request.

    Thank you for your consideration of this request.

                                                                       Respectfully submitted,

                                                                       /s <u>*Renee J. Aragona*</u>
                                                                       Renee J. Aragona

cc:   All counsel of record via ECF and e-mail